Case 4:15-cv-02594   Document 46   Filed on 06/01/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY RALEIGH, individually and on behalf of all others similarly situated | * * * | CIVIL ACTION NO. 4:15-CV-2594 |
| VERSUS | * * | JUDGE SIM LAKE |
| IOS/PCI, LLC D/B/A INSPECTION OILFIELD SERVICES | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING the Joint Motion for Approval of Confidential Settlement Agreement and Release and Stipulation of Dismissal of the Lawsuit With Prejudice and having reviewed the civil record of these proceedings, the submissions of the parties, the Motion and the specific terms of the proposed Agreement and finding there to be a bona fide dispute of FLSA claims upon which a fair and reasonable resolution has been reached and further finding there to be good cause for the granting of the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion for Approval of Confidential Settlement Agreement and Release and Stipulation of Dismissal of the Lawsuit With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court approves all terms and conditions as set forth in the Confidential Settlement Agreement and Release which has been filed in the Civil Record under seal and said Agreement shall remain under seal.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted therein will, by separate Final Judgment of Dismissal With Prejudice, be dismissed with prejudice, with each party to bear their own respective court costs,

attorney's fees and expenses, except to the extent as otherwise provided in the Confidential Settlement Agreement and Release.

THUS DONE AND SIGNED on this __1st__ day of __June__, 2017 in _____, Texas.

_____
HONORABLE SIM LAKE
United States Judge